UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: **22-20173-CR-ALTONAGA/TORRES**

UNITED STATES OF AMERICA

vs.

LUIZ CARLOS CAPUCI JR.,

        **Defendant.**
_____/

FILED BY DGJ D.C.
May 5, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## ORDER TO UNSEAL INDICTMENT

THIS CAUSE having come on before the Court on the motion of the government to unseal the indictment, and the Court being fully advised in the premises and finding good cause therefore, it is hereby:

**ORDERED AND ADJUDGED** that the motion is GRANTED. The Clerk of Court is ordered to unseal the indictment in the above-captioned case.

**DONE AND ORDERED** in chambers at Miami, Florida this 5th day of May 2022.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    Yisel Valdes, AUSA
        Kevin Lowell, DOJ Trial Attorney
        Sara Hallmark, DOJ Trial Attorney